1  Albert M. Sterwerf;
   1352 Irvine Blvd.
2  Tustin, California 92780
   Tel: (714) 508-7000
3  Fax: (714) 508-7002

4  Attorney for Defendant: Ester Bravo

**FILED**
AUG 6 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DETAINED

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **ESTER BRAVO,** Defendant. | CASE NO.: 08MJ2261·LSP  SUBSTITUTION OF ATTORNEY  *Proposed Order* |

SUBSTITUTION OF ATTORNEY

NOTICE TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

ESTER BRAVO makes the following substitution of attorney:

Defendant Signature:

_____   Date: 8-4-08
Ester Bravo

Previous Counsel Signature:

_____   Date: 8/5/08
Keith Rutman

New Counsel Signature:

_____   Date: 8-4-08
Albert Sterwerf

It is so ordered

Date 8/6/08

1                                          **SUBSTITUTION OF ATTORNEY**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1352 Irvine Boulevard; Tustin, California 92780.

On August 4, 2008, I served the following document described as:

**SUBSTITUTION OF ATTORNEY**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

( ) I mailed the said envelopes via certified return receipt mail from Tustin, California. The envelopes were mailed with postage thereon fully prepaid.

(x) By Personal Service, I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (United Parcel Service), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(x) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this date August 4, 2008, at Tustin, California.

Respectfully submitted,

*[signature]*