# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>Ana Lucia Bravo )<br>    Defendant(s) ) | CRIMINAL NO. 08mj2261<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted)** / Case Disposed / Order of Court.

Pedro Martinez-Lopez

DATED: 8/5/08

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                        OR   J. PARIS

RECEIVED _____
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk
    by _____
            Deputy Clerk