1  Albert M. Sterwerf;
   1352 Irvine Blvd.
2  Tustin, California 92780
   Tel: (714) 508-7000
3  Fax: (714) 508-7002

4  Attorney for Defendant: Ana Lucia Bravo


FILED
08 AUG -6 PM 1:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ESTER BRAVO, Defendant. | CASE NO.: 08MJ2261 WAIVER OF CONFLICT OF REPRESENTATION |

NUNC PRO TUNC
AUG - 5 2008

WAIVER OF CONFLICT

NOTICE TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

ESTER BRAVO makes the following informed consent to representation by attorney Albert Sterwerf while he is also representing Ana Lucia Bravo.

1. Attorney Sterwerf has informed me of possible conflicts of interest between myself and my co-defendant Ester Bravo. I am making this waiver in the interest of convenience to myself, the court, opposing counsel, and my family.

2. I am making this waiver for the limited purpose of any bond/bail hearings only at this time.

3. If I continue to retain attorney Sterwerf subsequent to the bail/bond hearings, I will so inform the court.

ORIGINAL SIGNATURE

4. Attorney Sterwerf has strongly recommended that I review any recommendations with an independent counsel before I make my final decision or action in this matter.

Defendant Signature:

_[signed] Esther B_____ Date: _____

~~Ana Lucia~~ Bravo
Esther

I have been retained by Ms. Bravo to represent her and her sister in this matter. I recognize the potential conflicts and have informed Ms. Bravo of these conflicts. If I make any recommendations past obtaining the release of Ms. Bravo, I will have another attorney review my recommendation concerning its fairness to Ms. Bravo prior to making the recommendation.

Counsel Signature:

_[signed]_____ Date: 8-4-08

Albert Sterwerf

1
2                          PROOF OF SERVICE
3            STATE OF CALIFORNIA, COUNTY OF ORANGE

4    I am employed in the County of Orange. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1352 Irvine Boulevard; Tustin, California 92780.

5

6 On August 4, 2008, I served the following document described as:

7                      **SUBSTITUTION OF ATTORNEY**

8 on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:



James Malendres
US Attorney office
San Diego CA

( ) I mailed the said envelopes via certified return receipt mail from Tustin, California. The envelopes were mailed with postage thereon fully prepaid.

(X) By Personal Service, I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (United Parcel Service), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this date August 4, 2008, at Tustin, California.

                          Respectfully submitted,

                          [signature]