# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
08 AUG -6 PM 1:17
Clerk's Office File Stamp
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE  Papas
FROM: J. Paris, Deputy Clerk    RECEIVED DATE: 8/5/08
CASE NO.: 08mj2261    DOCUMENT FILED BY: Attorney Albert Sterwerf
CASE TITLE: USA v. Bravo
DOCUMENT ENTITLED: Request for Continuance

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Attorney is not currently attorney of record |

Date forwarded: 8/5/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. COUNSEL WILL APPEAR TELEPHONICALLY AT HRG 8/7/8 MOTION IS MOOT.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **Leo S. Papas**

Dated: 8/5/8    By: JMJ
cc: All Parties

**REJECTED**

DETAINED

1  Albert M. Sterwerf;
   1352 Irvine Blvd.
2  Tustin, California 92780
   Tel: (714) 508-7000
3  Fax: (714) 508-7002

4  Attorney for Defendant: Esther Bravo & Ana Lucia Bravo

5

6              UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF CALIFORNIA
7

8  | UNITED STATES OF AMERICA, | CASE NO.: 08MJ2261 |
   |---|---|
9  | Plaintiff, | |
   | v. | REQUEST FOR CONTINUANCE |
10 | | |
11 | ANA LUCIA BRAVO | Hearing: August 7, 2008 |
   | | Time: 9:00 A.M. |
12 | ESTHER BRAVO, | Court: Judge Papas |
13 | Defendant. | |

14

15 NOTICE TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

16     The Attorney for the defendants ESTER BRAVO and Ana Lu-
17 cia Bravo makes the following request for a continuance.
18 Attorney Sterwerf makes this request due to dissolution of
19 marriage hearing in Monterey County Superior Court. Attor-
20 ney Albert Sterwerf is a party to the dissolution in Mon-
21 terey County.
22     Counsel had believed that opposing counsel in the dis-
23 solution would continue the hearing due to the matter being
24 subject to dismissal by the Monterey Court on August 21,
25 2008, but opposing counsel has refused to continue the Mon-
26 terey matter. The Monterey Family Court does not accept
27 telephonic appearances.
28

                              1                    SUBSTITUTION OF ATTORNEY