# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08 MJ 2261__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| Esther Bravo (2) | ) | Booking No. _____ |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/22/08__ the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __20,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring. __PRIOR TO 10:00 AM.__

__X__ Other. __PTSO: Doris Inc @ 619-520-8602__

__Barbara L. Major__
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by __[signature]__
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)     ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY

M. BEHNING